# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF
# INDIANA

| | |
|---|---|
| NICOLE CAMLOH<br><br>  Plaintiff,<br><br>  v.<br><br>THG HOLDINGS, PLC and THG BEAUTY USA, LLC d/b/a PERRICONE MD, and QURATE RETAIL, INC. d/b/a QVC, INC.<br><br>  Defendants. | Civil Action No. 1:23-cv-00695-JMS-MKK<br><br>Honorable Judge Jane Magnus-Stinson |

**DEFENDANT, THG BEAUTY USA LLC'S, CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, THG BEAUTY USA LLC, states as follows:

1. THG BEAUTY USA LLC, is organized under the laws of the State of Delaware, with its principal place of business in the United Kingdom.

2. THG BEAUTY USA LLC's sole member is PC Beauty, Inc.

3. PC Beauty Inc., is organized under the laws of the State of Delaware, with its principal place of business in California.

4. PC Beauty Inc. is a wholly, indirectly owned subsidiary of THG PLC. PC Beauty Inc. is not publicly traded. THG PLC is publicly traded on the London Stock Exchange.

Dated: June 8, 2023

Respectfully submitted,

/s/ *Bryan E. Rogers*
Attorney for Defendant, THG BEAUTY USA LLC

Bryan E. Rogers #31787-45
Attorney for Defendant,

THG Beauty USA LLC
**Swanson, Martin & Bell, LLP**
330 North Wabash, Suite 3300
Chicago, Illinois 60611
 (312) 321-9100
 (312) 321-0990
berogers@smbtrials.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 8, 2023, I electronically filed the foregoing with the Court using the CM/ECF filing system, which was automatically served on all counsel of record by operation of the CM/ECF filing system.

                                            */s/  Bryan E. Rogers*